In the Matter of JOSEPH WEINBERGER, Respondent, against WASHINE-NATIONAL-SANDS INC., et al., Appellants.— Final order directing appellants to permit respondent to examine the books and records of the corporate appellant modified on the facts by striking out subdivision " a " of the second ordering paragraph and by inserting after the word " customers " in the last ordering. paragraph the words " and any business secrets ". As so modified the order is unanimously affirmed, without costs, the inspection to proceed on five

days' notice. As the Special Term allowed an inspection of the books of account from December 1, 1937, to date, petitioner was entitled to an inspection of the minutes and by-laws covering the same period. It was an improper exercise of discretion to permit an inspection of the minutes and by-laws from November 12, 1923, the date when the corporation was organized. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.